Walter GUZZARDI and Joseph Guzzardi, Appellants, v. UNITED STATES of America, Appellee.

UNITED STATES of America, Appellant, v. Walter GUZZARDI and Joseph Guzzardi, Appellees.

No. 11280.

Circuit Court of Appeals, Ninth Circuit.

March 14, 1946.

Zagon, Aaron and Sandler, of Los Angeles, Cal., for appellants Guzzardi et al.

Charles H. Carr, U. S. Atty., E. H. Mitchell and George M. Bryant, Assts., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellee United States.

Before GARRECHT, DENMAN, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration thereof, it is ordered that the appeal in this cause be dismissed pursuant to the stipulation of counsel for respective parties heretofore filed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

Glenn Kenneth GREEVER, Appellant, v. UNITED STATES of America, Appellee.

No. 11093.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1946.

Willedd Andrews, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Angus D. McEachen, Assts., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

Upon motion of appellee to dismiss appeal herein, and good cause therefor appearing, it is ordered that said motion be, and hereby is granted, that the appeal be, and hereby is dismissed for lack of prosecution, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.